Lewis Phon, Bar Number 74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA 94509

(415) 574-5029 tel
(925) 706-7600 fax

Attorney for the Defendant
Mario Roberto Juarez

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO: 13-40355 RLE |
| | Adversary No. 13-04087 |
| MARIO ROBERTO JUAREZ, | CHAPTER 13 |
|     DEBTOR, | **NOTICE OF PROPOSED SETTLEMENT TERMS BY DEBTOR WITH PLAINTIFF, CARLOS MADRIGAL** |
| _____/ | |
| Carlos Madrigal, | |
|     Plaintiff, | |
| V. | |
| Mario Roberto Juarez, | |
|     Defendant. | |
| _____/ | |

Please take notice that the attached proposed settlement agreement incorporates the proposed settlement terms offered by the debtor to settle the plaintiff's suit pursuant to the tentative settlement agreement reached with the plaintiff on May 19, 2014.

Also, attached is a true copy of the agreement signed by Kathy Neal stating that she will not require repayment of her loan to the debtor to fund this settlement until after this Chapter 13 case has been dismissed, closed or completed.

Dated: 6/16/14

/s/ Lewis Phon
_____
Lewis Phon, attorney for debtor, Mario Juarez

# SETTLEMENT AGREEMENT

Whereas, plaintiff, Carlos Madrigal, filed an adversary proceeding, case number, 13-040487, in the United States Bankruptcy Court, the Northern District of California, against defendant, Mario Juarez, for non-dischargeability of a debt based upon fraud, the defendant having denied that there was any fraud related to the claim,

Whereas, the parties wish to resolve the plaintiff's claim without further litigation,

Wherefore, it is hereby agreed as follows:

1. The defendant shall pay the sum of $50,000 to the plaintiff by delivering a cashier's check in the amount of $30,000 made payable to James Martinez and Carlos Madrigal by Friday, May 23, 2014. The money will be held in Mr. Martinez's client trust account until this settlement has been approved by the court.

2. The defendant shall deliver a second cashier's check in the amount of $20,000 made payable to James Martinez and Carlos Madrigal by Friday, June 6, 2014. The money will be held in Mr. Martinez's client trust account until this settlement has been approved by the court.

3. Upon approval of this settlement by the court, the plaintiff shall dismiss with prejudice the entire action against defendant.

4. The parties agree that this is a disputed claim. By paying this settlement, the defendant does not admit to any wrongdoing nor to any act of fraud on his part in relation to plaintiff's claim.

5. The parties agree that upon the filing of the suit against the debtor, plaintiff may have communicated to others the nature of his claim and the allegations contained in the complaint. However, since that time, no trial has been completed nor has judgment been

rendered in this case. Therefore, from this point forward, plaintiff shall not claim to others that the debtor had settled with him because the debtor had committed fraud. Similarly, by accepting this settlement, the plaintiff will not infer nor relay to others, including but not limited to the California Department of Real Estate, that there was any finding of fraud by the court against the debtor. In the event that plaintiff violates this provision, plaintiff will be liable to defendant for such damages as defendant may prove.

6. Defendant intends to borrow the $50,000 from a colleague, Kathy Neal, to pay for this settlement. Defendant will have to repay this money back. However, since the source of the funds for the settlement will allow defendant to wait until his Chapter 13 case is completed, closed or dismissed before repayment of the loan is required, defendant will be repaying the loans from non-estate funds and approval of the borrowing will not be necessary. In such case, the defendant will prepare a declaration from Mrs. Neal that she will not require repaying of her loan until after the Chapter 13 case has been closed, dismissed or completed and defendant will request the court approve the settlement only.

7. Reasonable attorney fees will be awarded to the prevailing party in the event this agreement is breached.

8. Subject to the approval of the court, the bankruptcy court shall retain jurisdiction over this settlement to enforce the terms of the settlement.

Date: _____        _____
                        Carlos Madrigal

Date: _____        _____
                        James Martinez, Attorney for Carlos Madrigal

Date: _____          _____
                                  Mario Juarez

Date: _____          _____
                                  Lewis Phon, Attorney for Mario Juarez

# Loan Agreement

We, Kathy Neal, lender, and Mario Juarez, borrower, hereby agree and declare the following:

1. Kathy Neal will lend the sum of $50,000 (fifty thousand dollars) to Mario Juarez in order for Mario Juarez to pay off the settlement between Mario Juarez and Carlos Madrigal in case number 13-04087, filed in the United States Bankruptcy Court, Northern District of California.

2. Ms. Neal will not be repaid the loan until the Chapter 13 case of Mario Juarez, case number 13-40355 RLE, has been closed, dismissed or completed.

3. In the interim, Ms. Neal will charge no interest on the unpaid balance.

4. While the loan does not need to be repaid while the Chapter 13 case is active, the parties acknowledge that should the parties later agree to commence repayment of any part of the loan while the Chapter 13 case is still active, the parties understand that court approval will be necessary since Mario Juarez will then need to use estate funds to pay off the loan. However, if Mario Jaurez is unable to obtain court approval, no breach of this agreement will have occurred.

5. We declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on May 23, 2014.

_____  _____
Kathy Neal                        Mario Juarez

# PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 4040 Heaton Court, Antioch, California 94509.

On June 16, 2014, I served the foregoing document(s) described as **Notice of Proposed Settlement Terms with plaintiff** in said action by causing a true copy thereof enclosed in an envelope addressed and delivered to the attorney (s) of record whose name(s) and address(es) appear below or caused an electronic transmission to their email address:

Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612
by email to email address:
USTPRegion17.OA.ECF@usdoj.gov

Martha Bronitsky
Chapter 13 Trustee
P.O. Box 9077
Pleasanton, CA 94566
by email to email address:
13trustee@oak13.com

Sally J. Elkington
Elkington Law
409 - 13th Street, 10th Floor
Oakland, California 94612
by email to email address:
sally@elkingtonlaw.com

James Martinez, Esq.
Law Offices of James Martinez
2340 Powell Street, #317
Emeryville, CA 94608
by email to email address:
jamesmlaw@att.net
and jM@jamesmlaw.net

x
__ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the address(s).

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct. Executed on June 16, 2014 at Antioch, California.

                                                          /s/ Lewis Phon

_____Lewis Phon_____      _____
Print or Type Name                            Signature