Entered on Docket
July 30, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 30, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MARIO ROBERTO JUAREZ,<br>      Debtor.<br>_____/ | Case No. 13-40355 RLE<br>Chapter 13 |
| CARLOS MADRIGAL,<br>      Plaintiff,<br>vs.<br>MARIO ROBERTO JUAREZ,<br>      Defendant.<br>_____/ | Adversary No. 13-4087 |

**ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

This order is made with reference to the following:

A trial was begun in the above-entitled adversary proceeding on May 12, 2014. The parties agreed to the terms of a settlement before the conclusion of the trial. Despite assurances to the court that the settlement documentation was prepared and would be

*OSC - dismiss lack prosecution*

submitted as explained to the court on June 17, 2014, as of the date of this order, no such documentation has been submitted either in the context of this adversary proceeding or in the main case.

**Good cause appearing, it is hereby ordered as follows**:
If the settlement documentation has not been filed by August 18, 2014, the court will instruct the clerk's office to dismiss this adversary proceeding and close it without further notice.

***END OF ORDER***

*OSC – dismiss lack prosecution*

**Court Service List**:

*** No Court Service Required **

*OSC – dismiss lack prosecution*