James Martinez (SBN 235800)
**LAW OFFICE OF JAMES MARTINEZ**
2340 Powell Street, #317
Emeryville, CA 94608
Telephone: (510) 444-7700

Attorneys for Plaintiff
**CARLOS MADRIGAL**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE MARIO ROBERTO JUAREZ, AKA MARIO JUAREZ, DBA FIRESIDE CALIFORNIA GROUP, INC., DBA MARIO JUAREZ SELLING TEAM** <br><br> **Debtor,** | Case Number 13-40355 RLE <br><br> Chapter 13 |
| **CARLOS MADRIGAL,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **MARIO ROBERTO JUAREZ, AKA MARIO JUAREZ,** <br><br> **Defendant.** | **ADVERSARY PROCEEDING NUMBER 13-04087** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff and Defendant, being all parties that entered an appearance in the above-referenced adversary proceeding, hereby jointly and mutually stipulate to the dismissal with prejudice of the adversary proceeding. The parties have agreed to the terms as stated on the record and

–1–

memorialized in their Settlement Agreement.

Dated this 5th day of August, 2014

_____/s/_____

JAMES MARTINEZ
Attorneys for Plaintiff
CARLOS MADRIGAL


_____/s/_____

LEWIS PHON
Attorneys for Defendant
MARIO JUAREZ